UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                RE:   Robert OWENS
                        Docket Number:  2:04CR00099-01
                        **PERMISSION TO TRAVEL**
                        **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Guangzhou, China. He is current with all supervision obligations, and the probation officer recommends approval be granted. It should be noted, Mr. Owens is presently submitting restitution payments of $400 a month toward his outstanding restitution balance.

**Conviction and Sentencing Date:** On July 26, 2004, Robert Owens was sentenced for the offense of 18 USC 371 - Conspiracy to Transport Stolen Goods in Interstate Commerce (CLASS D FELONY).

**Sentence imposed:** 60 months supervised probation; 100 special assessment; $380,188.00 in restitution.

**Dates and Mode of Travel:** October 13, 2005, to October 22, 2005. The offender will travel by airline from Hawaii to China.

**Purpose:** On August 2, 2005, Mr. Owens' period of supervised probation was transferred to the District of Hawaii. Mr. Owens and his family relocated to the District of Hawaii with the intention of expanding his wife's business, Avalanche Global. In an effort to assist in the expansion of Avalanche Global, Mr. Owens would like to tour the Wuxi Kipor Power Co., Ltd. facility located in Guangzhou, China, and attend the 98th Chinese Export Commodities Fair. Should his travel be approved, Mr. Owens would have the opportunity to meet with representatives from the various Chinese Export Companies Avalanche Global conducts business with on a regular basis.

**RE:   Robert OWENS**
      **Docket Number:   2:04CR00099-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Based on the forgoing, it is the undersigned's request, and the request of Mr. Owens' supervising United States Probation Officer within the District of Hawaii, that Your Honor grant the above-noted travel.

Additionally, it is respectfully requested Your Honor provide the probation officer with the discretion to authorize any further travel by the offender to China, without further Court notification.

Respectfully Submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**

**DATED:**     September 20, 2005
             Modesto, California
             PRH/lr


**REVIEWED BY:**     /s/ Casey Horner, Sr. for
                    **Deborah A. Spencer**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     XX                              Disapproved _____


 September 22, 2005                          /s/ Frank C. Damrell Jr.
**Date**                                     **Frank C. Damrell, Jr.**
                                             **United States District Judge**

2

Rev. 03/2005
TRAVELOC.MRG