Charles A. Pacheco, SB #129630
**PACHECO & SOMERA**
A Professional Law Firm
8031 Freeport Boulevard
Sacramento, California 95832

(916) 665-5103
(916) 665-5107 (fax)

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **CASE NO.: 04-CR-00099 FCD** |
| vs. | **ORDER RE SUBSTITUTION OF ATTORNEYS** |
| ROBERT JOSEPH OWENS, | |
| Defendant. | |

    Good cause appearing from the Substitution of Attorneys on file as of May 7, 2007, document #29, IT IS HEREBY ORDERED that the substitution of attorneys is GRANTED.

    All further documents in this action shall be served and filed on attorney Pacheco for defendant Owens as follows: Pacheco & Somera, A Professional Law Firm, 8031 Freeport Boulevard, Sacramento, California 95832.

DATED: May 8, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1.