```
1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   Case No. CR. S-04-099 FCD
                                )
12           Plaintiff,         )
                                )   STIPULATION TO CONTINUE
13      v.                      )   DISPOSITION AND SET STATUS
                                )   CONFERENCE; ORDER THEREON
14 ROBERT OWENS,                )
                                )
15           Defendant.         )
                                )
16 UNITED STATES OF AMERICA,    )
                                )   Case No. CR. S-07-187 MCE
17           Plaintiff,         )
                                )
18      v.                      )
                                )
19 ROBERT J. OWENS,             )
                                )
20           Defendant.         )
                                )
21
22      The parties, through their undersigned counsel, respectfully
23 request that the disposition hearing currently set for May 21,
24 2007, in case number CR-S-04-099 be continued to June 25, 2007,
25 at
26 10:00 A.M. The parties also request that a status conference in
27 related case 07-187 be set on the same day.
28      On April 27, 2007, the defendant made his initial appearance
```

1

1 | in 04-099 and admitted all of the charges in the petition.  The
2 | court set the matter for disposition on May 21, 2007.  However, a
3 | grand jury returned indictment 07-187 on May 3, 2007; the
4 | defendant's arraignment is scheduled for May 17, 2007.  The
5 | government will provide discovery at the arraignment.
6 |     In light of the new indictment and the defendant's need to
7 | review discovery, the parties request that the disposition
8 | hearing be continued to June 25, 2007, and that a status
9 | conference in case number CR-S-07-187 be set for the same date.
10 | The parties agree that time should be excluded in case number 07-
11 | 187 for defense preparation pursuant to Local Code T4.
12 | DATED: May 16, 2006                McGREGOR W. SCOTT
                                       United States Attorney
13 |
14 |                                By  /s/ Camil A. Skipper
                                       CAMIL A. SKIPPER
15 |                                    Assistant U.S. Attorney
16 |
17 | DATED: May 16, 2006                /s/ Charles A. Pacheco
                                       CHARLES A. PACHECO
18 |                                    Attorney for defendant
19 |                               **ORDER**
20 |     IT IS HEREBY ORDERED THAT the disposition hearing presently
21 | set for May 21, 2007, in case number 04-099 is continued to
22 | June 25, 2007, at 10:00 A.M.  Furthermore, a status conference is
23 | set for June 25, 2007, at 10:00 A.M. in case number 07-187.  Good
24 | cause having been shown, time is excluded under the Speedy Trial
25 | Act from May 17, 2007, through June 25, 2007, to allow counsel
26 | reasonable time to prepare pursuant to Local Code T4.
27 | Date: May 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE