1 | Charles A. Pacheco, SB #129630
**PACHECO & SOMERA**
2 | A Professional Law Firm
8031 Freeport Boulevard
3 | Sacramento, California 95832

4 | (916) 665-5103
(916) 665-5107 (fax)
5

6 | Attorney for Defendant

7

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO.: 2:04-cr-0099 FCD |
| v. | **STIPULATION RE CONTINUANCE OF JUDGMENT & SENTENCING** |
| ROBERT OWENS, | |
| Defendant. | |
| ———————————————— | |
| UNITED STATES OF AMERICA, | CASE NO.: 2:07-cr-0187 FCD |
| Plaintiff, | |
| v. | |
| ROBERT OWENS | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, and Teresa C. Hoffman, United States Probation Officer, that both matters referenced above shall be reset to the following dates:

Judgment and sentencing date:                                           November 13, 2007, 10:00 a.m.

Motion for Correction of the presentence report
shall be filed with the Court and served on the probation
officer and opposing counsel no later than:                              November 6, 2007

The presentence report shall be filed with the Court and
disclosed to counsel no later than:                                     October 30, 2007

Stipulation re Continuance of Judgment & Sentencing           1.

| | |
|---|---|
| Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: | October 23, 2007 |
| The proposed presentence report shall be disclosed to counsel no later than: | October 9, 2007 |

DATED: September 24, 2007       PACHECO & SOMERA

/s/ Charles A. Pacheco
CHARLES A. PACHECO, Attorney for Defendant

DATED: September 24, 2007       UNITED STATE PROBATION

/s/ Terri L. Wilkins
TERRI L. WILKINS, Supervising United States Probation Officer

DATED: September 24, 2007       McGREGOR W. SCOTT
United States Attorney

/s/ Camil A. Skipper
CAMIL A. SKIPPER, Assistant U.S. Attorney

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, it is hereby ordered that the judgment and sentencing date, and all dates related to the presentence report, shall be rescheduled as set forth herein.

DATED: September 27, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation re Continuance of Judgment & Sentencing       2.